Commonwealth ex rel. Ferguson, Appellant, *v.*
Maroney.

Submitted April 11, 1966.
*Robert Ferguson,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Foster, Appellant, *v.*
Botula.

Submitted April 11, 1966.
*James B. Foster,* appellant, in propria persona; *W. Thomas Malcolm,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Glunt, Appellant, *v.*
Duggan.

Argued April 12, 1966.
*Frank E. Coho,* with him *Johnston & Coho,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

WATKINS, J., absent.